# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 09-48019  
**Case Name:** BOWDEN, CALVIN  
BOWDEN, LINDA  

**For Period Ending:** 06/26/2020

**Trustee Name:** (420470) Timothy J. Miller  
**Date Filed (f) or Converted (c):** 06/23/2020 (f)  
**§ 341(a) Meeting Date:** 05/13/2009  
**Claims Bar Date:** 09/24/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE 1710 KNOWLES, YPSILANTI MI 48198 | 120,800.00 | 120,800.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT (EST.) BANK OF AMERICA | 800.00 | 800.00 | | 0.00 | FA |
| 3 | SAVINGS ACCOUNT (EST.) BANK OF AMERICA | 19.00 | 19.00 | | 0.00 | FA |
| 4 | FURNITURE | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5 | CLOTHING | 17,000.00 | 17,000.00 | | 0.00 | FA |
| 6 | MISCELLANEOUS JEWELRY | 1,825.00 | 1,825.00 | | 0.00 | FA |
| 7 | WHOLE LIFE INSURANCE POLICY AAA (LOAN AGAINST THIS POLICY) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | TIAACREF | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 9 | ANTICIPATED 2008 FEDERAL AND STATE INCOME TAX RETURN | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10 | 1995 CHRYSLER TOWN & COUNTRY VAN 180,000 MILES | 50.00 | 50.00 | | 0.00 | FA |
| 11 | Wells Fargo settlement (u) | 0.00 | 13,233.84 | | 13,233.84 | FA |
| **11** | **Assets Totals (Excluding unknown values)** | **$175,494.00** | **$188,727.84** | | **$13,233.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 10/29/2020  
**Current Projected Date Of Final Report (TFR):** 10/29/2020

06/26/2020  
Date

/s/Timothy J. Miller  
Timothy J. Miller

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 09-48019 | **Trustee Name:** | Timothy J. Miller (420470) | |
| **Case Name:** | BOWDEN, CALVIN | **Bank Name:** | Metropolitan Commercial Bank | |
| | BOWDEN, LINDA | **Account #:** | ******7662 Checking | |
| **Taxpayer ID #:** | REQUESTED | **Blanket Bond (per case limit):** | $2,000,000.00 | |
| **For Period Ending:** | 06/26/2020 | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/26/20 | {11} | Wells Fargo | Wells Fargo settlement | 1249-000 | ! 13,233.84 | | 13,233.84 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 13,233.84 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 13,233.84 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 0.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 13,233.84 | | | |

**Page Subtotals:**     **$13,233.84**     **$0.00**

{ } Asset Reference(s)      ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 09-48019 |
| **Case Name:** | BOWDEN, CALVIN<br>BOWDEN, LINDA |
| **Taxpayer ID #:** | REQUESTED |
| **For Period Ending:** | 06/26/2020 |

| | |
|---|---|
| **Trustee Name:** | Timothy J. Miller (420470) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******7662 Checking |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $13,233.84 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $13,233.84 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7662 Checking | $13,233.84 | $0.00 | $13,233.84 |
| | **$13,233.84** | **$0.00** | **$13,233.84** |

| | |
|---|---|
| 06/26/2020 | /s/Timothy J. Miller |
| Date | Timothy J. Miller |